USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WANDA MIMMS, Derivatively On Behalf Of The AIG Incentive Savings Plan,

　　　　Plaintiff,

vs.

PRICEWATERHOUSECOOPERS, LLP, ROBERT N. BENSMOSCHE, LAURETTE T. KOELLNER, DONALD H. LAYTON, CHRISTOPHER S. LYNCH, ARTHUR C. MARTINEZ, GEORGE L. MILES, JR., HENRY S. MILLER, ROBERT S. MILLER, SUZANNE NORA JOHNSON, MORRIS W. OFFIT, RONALD A. RITTENMEYER, and DOUGLAS M. STEENLAND,

　　　　Defendants,

　　-and-

THE AIG INCENTIVE SAVINGS PLAN,

　　　　Nominal Defendants.

Civ. No. 1:11-cv-00030-DAB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

PLEASE TAKE NOTICE that Plaintiff Wanda Mimms, by and through her undersigned counsel, hereby voluntarily dismisses with prejudice all claims asserted in the above-captioned as to defendants Laurette T. Koellner, Donald H. Layton, Christopher S. Lynch, Arthur C. Martinez, George L. Miles, Jr., Henry S. Miller, Robert S. Miller, Suzanne Nora Johnson, Morris W. Offit,

Case 1:11-cv-00030-DAB   Document 4   Filed 03/11/11   Page 2 of 2

Ronald A. Rittenmeyer, and Douglas M. Steenland, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
March 11, 2011

                                   RIGRODSKY & LONG, P.A.

                                   By: /s/ Timothy J. MacFall
                                   Seth D. Rigrodsky
                                   Timothy J. MacFall
                                   585 Stewart Avenue, Suite 304
                                   Garden City, NY 11530
                                   Telephone: (516) 683-3516
                                   Email: sdr@rigrodskylong.com
                                   Email: tjm@rigrodskylong.com

                                   -and-

                                   Brian D. Long
                                   919 North Market Street, Suite 980
                                   Wilmington, DE 19801
                                   Telephone: (302) 295-5310
                                   Facsimile: (302) 654-7530
                                   Email: bdl@rigrodskylong.com

                                   EGLESTON LAW FIRM
                                   Gregory M. Egleston
                                   360 Furman Street, Suite 443
                                   Brooklyn, NY 11201
                                   Telephone: (646) 227-1700
                                   Facsimile: (646) 227-1701
                                   Email: egleston@gme-law.com

                                   *Attorneys for Plaintiff*

SO ORDERED

/s/ Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

March 15, 2011

2