UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WANDA MIMMS, Derivatively On Behalf Of The
AIG Incentive Saving Plan,

                       Plaintiff,

-against-

PRICEWATERHOUSECOOPERS, LLP, RICHARD
A. GROSIAK, ROBERT THOMAS, KATHLEEN
SHANNON, ROBERT COLE, GARY REDDICK,
HOWARD GREENE, DAVE FIELDS, THE AIG
RETIREMENT BOARD and JOHN and JANE
DOES 1 - 20,

                       Defendants,

-and-

THE AIG INCENTIVE SAVING PLAN,
                       Nominal Defendant.
------------------------------------------------------------X

11 **CIVIL** 0030 (DAB)
**JUDGMENT**

      Defendants PwC and the Retirement Board separately having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on February 16, 2012, having rendered its Memorandum and Order granting Defendants' Motions to Dismiss, and dismissing Plaintiff's Amended Complaint, without leave to replead, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 16, 2012, Defendants' Motions to Dismiss are granted, and Plaintiff's Amended Complaint is dismissed, without leave to replead; accordingly, the case is closed.

**Dated:** New York, New York
          February 21, 2012

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                      **BY:**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____
                                                        **Deputy Clerk**